In the Matter of the Appraisal of the Estate of SUSAN JERMYN DOWNEY, Deceased, under the Act in Relation to Taxable Transfers. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; ROBERT A. DOWNEY, as Executor, etc., Respondent.— Order affirmed, with costs. All concur.

WEARWELL DRESS MANUFACTURING COMPANY, INC., Respondent, v. LOUIS G. BRUST and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

TRACY DEVELOPMENT COMPANY, Appellant, v. EMPIRE GAS AND ELECTRIC COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concur.

GEORGE B. FREER, Individually and as Sole Surviving Administrator, etc., of MARY JOSEPHINE FREER, Deceased, Appellant, v. ESTHER FOSTER, as Administratrix, etc., of PETER S. HALSTEAD, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

GEORGE K. HAMBLETON, Respondent, v. HAMILTON B. WILLS & COMPANY, LIMITED, Appellant.— Order modified by striking out the 12th, 13th and 14th interrogatories, and as so modified affirmed, without costs of this appeal to either party. All concur.

In the Matter of the Application of EUGENE W. WILCOX for an Order Directing the MUTUAL LIFE INSURANCE COMPANY OF NEW YORK CITY to Substitute in His Two Policies Such Beneficiary as He May Nominate, and an Order Directing the Orleans County National Bank of Albion, N. Y., to Deliver to Him the Two Policies Now Held by Said Bank. ALICE A. LOTT, Appellant; EUGENE W. WILCOX, JR., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

FRANK GOZDZIAK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur.

STANLEY J. MAJEWSKI and Another, Respondents, v. ROBERT E. SINCLAIR and Another, Appellants.— Judgment affirmed, with costs. All concur.

MORDECIA HILL, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

CURTISS GRAIN CORPORATION, Appellant, v. JOHN F. REISDORF, Respondent.— Judgment and order affirmed, with costs. All concur.

AUGUSTINE NELSON, Respondent, v. REBECCA STOCKER, Appellant.— Judgment and order affirmed, with costs. All concur.

SUSAN NELSON, Respondent, v. REBECCA STOCKER, Appellant.— Judgment and order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS ALPERT, Appellant.— Order affirmed. All concur.